UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENAWEE MEDICAL CARE FACILITY,

        Plaintiff,                      Case No. 2:25-cv-12124

v.                                            Honorable Susan K. DeClercq
                                                     United States District Judge

UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO STAY CASE (ECF No. 7) AND STAYING CASE**

On July 14, 2025, Plaintiff Lenawee Medical Care Facility sued Defendant United States of America ("the Government") "for a refund of internal revenue taxes." ECF No. 1 at PageID.1. The Government's deadline to answer Plaintiff's complaint was October 20, 2025. *See* ECF No. 6.

But on October 17, 2025, the Government filed a motion to stay the case because the federal appropriations act expired on September 30, 2025, thereby creating a lapse in appropriations to the Department of Justice (DOJ). ECF No. 7. During this lapse, DOJ attorneys are prohibited from working, even voluntarily, except for limited circumstances involving emergencies for "the safety of human life of the protection or property." 31 U.S.C. § 1342. Thus, the Government seeks a stay, which Plaintiff does not oppose. ECF No. 7 at PageID.63.

Given the lapse in appropriations preventing the Government's counsel from working, this Court will grant the Government's motion to stay the case until it receives notice that Congress has appropriated funds for the DOJ, or until further order of this Court.

Accordingly, it is **ORDERED** that the Government's Motion to Stay Case, ECF No. 7, is **GRANTED**.

Further, it is **ORDERED** that the above-captioned case is **STAYED** until this Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of this Court.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 21, 2025